UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BOURGEOIS, II | CIVIL ACTION |
| VERSUS | NO. 20-1002 |
| HUNTINGTON INGALLS INC., *ET AL*. | SECTION M (1) |

## **ORDER & REASONS**

Before the Court is a motion by defendants Huntington Ingalls Inc.[1] and Albert L. Bossier, Jr.[2] (collectively, "Avondale") for summary judgment on any claims alleged by plaintiff Robert Bourgeois, II regarding asbestos exposure at Avondale's shipyard that occurred after September 1, 1975 (as to Avondale) and October 1, 1976 (as to Bossier).[3] Avondale argues that such claims are prohibited by workers' compensation laws.[4] In response, Bourgeois states that the claims against Avondale in his complaint are limited to asbestos exposure in 1973 and 1974, and thus, he has no substantive opposition to the motion because he does not raise the claims on which Avondale seeks summary judgment.[5]

Accordingly, for the foregoing reasons,

IT IS ORDERED that the Avondale's motion for summary judgment (R. Doc. 56) is GRANTED, and to the extent they are alleged, Bourgeois's post-1975 and 1976 exposure claims are DISMISSED WITH PREJUDICE.

---

[1] Huntington Ingalls Inc. has had several past names including Northrup Grumman Shipbuilding, Inc., Northrop Grumman Ship Systems, Inc., Avondale Industries, Inc., Avondale Shipyards, Inc., and Avondale Marine Ways, Inc. R. Docs. 1-2 at 1; 56-2 at 1.
[2] Bossier was an executive officer of Huntington Ingalls. R. Doc. 1-2 at 1.
[3] R. Doc. 56.
[4] R. Doc. 56-1.
[5] R. Doc. 58.

New Orleans, Louisiana, this 29th day of June, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE